UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

FILED

2007 MAY -8 A 10: 04

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEP CLERK

UNITED STATES OF AMERICA, )
)
v. )
)
MICHAEL BRIDDY, JR., )
MASHATO LAMAR, ) No. 3:07-CR-_51_
JOHNNIE MARTIN, )
TAVARES SMITH, ) JUDGES _Phillips / Shirley_
AARON BROOKS, ) _GAH_
LASHONDA HALL, )
CASSIE MCKENZIE, )
TONY DARNELL MANNING, )
DEANTAY MONTGOMERY, )
MATTHEW ORR, )
VERNON JACKSON, and )
VINCENT STANLEY. )

## TRANSFER ORDER

It appearing that in the above-styled case an indictment was returned in the Greeneville Division of the Eastern District of Tennessee, charging offenses committed in the Knoxville Division of the Eastern District of Tennessee and properly triable in the Knoxville Division,

IT IS ORDERED that the Clerk place said case directly upon the docket for the Knoxville Division without the necessity of placing it upon the docket for the Greeneville Division of this District.

ENTER:

_____
UNITED STATES MAGISTRATE JUDGE